# Exhibit A

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

IN THE COURT OF COMMON PLEAS
FOR THE THIRTEENTH JUDICIAL
CIRCUIT

Steven Murray,

          Plaintiff,

vs.

Kenco Logistic Services, LLC; Kenco
Material Handling Solutions, LLC; Kenco
Fleet Services, LLC; Kenco Group   and
John Doe,

          Defendants.

**SUMMONS**
**(JURY TRIAL DEMANDED**

TO:   THE DEFENDANTS ABOVE NAMED:

YOU ARE HEREBY SUMMONED and required to answer the complaint herein, a copy

of which is herewith served upon you, and to serve a copy of your answer to said complaint upon

the subscriber, at his office at PO Box 5048, Spartanburg, SC 29304, within thirty (30) days after

the service thereof, exclusive of the day of such service, and if you fail to answer the complaint

within the time aforesaid, judgment by default will be rendered against you for the relief

demanded in the complaint.

HAWKLAW, P.A.,

s/ *J. Camden Hodge*
Logan Rollins, S.C. Bar # 78395
J. Camden Hodge, SC Bar # 100638
George Randall Taylor, SC Bar # 10151
Post Office Box 5048
Spartanburg, SC 29304
864.574.8801 – Telephone
864.574.8810 – Facsimile
logan@hawklawfirm.com
Camden.hodge@hawklawfirm.com
Randy.taylor@hawklawfirm.com

Greenville, SC
December 6, 2022

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

Steven Murray,

                Plaintiff,

vs.

Kenco Logistic Services, LLC; Kenco
Material Handling Solutions, LLC; Kenco
Fleet Services, LLC; Kenco Group    and
John Doe,

             Defendants.

IN THE COURT OF COMMON PLEAS
FOR THE THIRTEENTH JUDICIAL
CIRCUIT

**COMPLAINT
(JURY TRIAL DEMANDED**

TO:   DEFENDANTS ABOVE-NAMED

     Steven Murray ("Plaintiff") complaining of the Defendants Kenco Logistic Services,

LLC, Kenco Material Handling Solutions, LLC, Kenco Fleet Services, LLC and Kenco Group

("Kenco") and John Doe ("John Doe") (hereafter collectively referred to as "Defendants") would

respectfully show unto this Honorable Court as follows:

## JURISDICTION AND VENUE

    1.     Plaintiff is a citizen and resident of Pickens County, South Carolina, and, at all

times relevant hereto, was an employee of Sealed Air Corporation ("Sealed Air") working at the

Sealed Air manufacturing plant located in Simpsonville, South Carolina.

    2.     Kenco Logistic Services, LLC, Kenco Material Handling Solutions, LLC, Kenco

Fleet Services, LLC and Kenco Group (collectively referred to as "Kenco") are, upon

information and belief, business entities organized and existing under the laws of one of the

States of the United States of America , doing business in the State of South Carolina with a

principal place of business located in Spartanburg County, South Carolina.

1

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

3.     Defendant John Doe is an unknown individual, who at all times relevant hereto, was a resident of the State of South Carolina and was an agent and employee of the Defendant Kenco.  Defendant John Doe represents any and all individuals who at anytime were responsible for performing maintenance, inspections, repairs, servicing and testing on the motorized cart (the "cart" or the "subject cart") which caused the injuries to Plaintiff which are the subject of this litigation.

4.     All of the acts and/or omissions complained of herein occurred in Greenville County, South Carolina.

5.     This Court has jurisdiction over the parties and subject matter of this Action and venue is appropriate in Greenville County, South Carolina.

## FACTUAL BACKGROUND

6.     All prior paragraphs are reiterated as if set forth verbatim herein.

7.     On or about December 17, 2019, the Plaintiff was at work at Sealed Air's Greenville County facility, located in Simpsonville, South Carolina, and was riding as a passenger in the cart when the accelerator/throttle became stuck and the brakes failed.  Despite all efforts, the driver was unable to stop or slow the cart.  The right front passenger side of the cart then struck a wall.  The force of the right front passenger side of the cart colliding with the wall caused the tip of Plaintiff's right foot/boot to exit the cart and come into contact with the wall.  The continued forward momentum of the cart, together with Plaintiff's right foot being in contact with the wall, caused the Plaintiff's right foot to be twisted approximately one hundred eighty degrees in a clockwise manner, causing Plaintiff to suffer severe and permanent injuries.

8.     Upon information and belief, the Defendants Kenco and John Doe were responsible for maintenance, inspections, servicing, repairs and testing the subject cart, the

2

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

failure of which caused Plaintiff's injuries, and for ensuring that all such work was done in a good, workmanlike manner and for ensuring that the cart was reasonably safe for its intended use at the time and place of Plaintiff's injuries.

<u>FOR A FIRST CAUSE OF ACTION</u>

(Negligence as to all Defendants)

9.     All prior paragraphs are restated as if set forth verbatim herein.

10.     The Defendants Kenco and John Doe owed duties of due care to Plaintiff in maintenance, repairs, servicing, inspection and testing of the cart. The Plaintiff is informed and believes, and therefore alleges that the Defendants breached their duties of due care in the following particulars:

    a.     In failing to comply with the manufacturer's recommendations and all applicable standard of care for preventative maintenance, replacement parts, inspections, servicing, testing and making repairs;

    b.     In failing to properly select, schedule and/or supervise employees who made repairs, performed maintenance, servicing, inspections and testing on the cart which caused Plaintiff's injuries;

    c.     In failing to select replacement parts that met manufacturer's specifications and/or conformed to the industry standards for the intended use of the cart;

    d.     In failing to perform sufficient inspections, testing and preventative maintenance so as to prevent the mechanical failures/malfunctions which caused Plaintiff's injuries;

    e.     In failing to warn Plaintiff of the dangers to which he was subject while riding as a passenger on the subject cart;

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

f.     In placing the subject cart in service or back in service, when, with reasonable care, the Defendants either knew or should have known that the cart was not suitable for its intended use;

g.     And in such other and further particulars as may be revealed in discovery and proven at trial.

10.     The above acts and/or omissions of the Defendants are the direct and proximate cause of the injuries and damages sustained by the Plaintiff.

11.     The Defendant Kenco is liable for all acts and/or omissions of the Defendant John Doe and other employees through the doctrine of *respondeat superior*.

### FOR A SECOND CAUSE OF ACTION
**(Negligent Supervision and Training as to Defendant Kenco)**

12.     All prior paragraphs are restated as if set forth verbatim herein.

13.     The Defendant Kenco owed duties to use reasonable care in the hiring, training and supervising of its employees who were involved with inspecting, maintaining, servicing, repairing and testing the cart which caused Plaintiff's injuries and damages.

14.     Plaintiff is informed and believes, and therefore alleges that Defendant breached one or more of these duties which either caused and/or substantially contributed to the mechanical failures/malfunctions of the cart, resulting in the injuries and damages sustained by Plaintiff.

### FOR A THIRD CAUSE OF ACTION
**(Breach of Warranty of Workmanlike Service as to all Defendants)**

15.     All prior paragraphs are restated as if set forth verbatim herein.

16.     The Defendants, by virtue of their responsibility for the maintenance, inspection, testing, repairs and servicing of the subject cart, warranted that the subject cart was fit for its

4

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

intended use to transport personnel (including Plaintiff) within the Sealed Air Plant in Simpsonville, South Carolina, and that all inspections, repairs, servicing, testing and maintenance had been performed in a workmanlike manner to be reasonably certain that the cart was free of the defects in the brakes/throttle/accelerator which caused the Plaintiff's injuries and damages.

17.     By failing to perform the above-stated duties in a good, workmanlike manner, and by failing to ensure that the subject cart was safe and fit for its intended use and purpose, Defendants have breached their warranty of workmanlike inspections, repairs, servicing, maintenance and testing, and are, therefore, liable to Plaintiff for the injuries and damages he has sustained as a result of their breach.

## DAMAGES

18.     All prior paragraphs are restated as if set forth verbatim herein.

19.     As a direct and proximate result of the acts and omissions, negligence, breaches of duties and breaches of warranty committed by Defendants, Plaintiff has sustained damages, including, but not necessarily limited to the following:

    a.    Serious and permanent injuries to Plaintiff's person;

    b.    Impairment of bodily members;

    c.    Pain and suffering past and future;

    d.    Emotional distress and psychological damages;

    e.    Costs for past and future medical care;

    f.    Lost wages and earnings past and future; and

    g.    Such other and further damages as may be proven through discovery and at trial.

ELECTRONICALLY FILED - 2022 Dec 07 10:17 AM - GREENVILLE - COMMON PLEAS - CASE#2022CP2306578

WHEREFORE, Plaintiff prays for judgment against the Defendants, jointly and severally, in an amount to be determined by a jury of this State; for a trial by jury; for the costs of this action; and for such other and further relief as this Honorable Court shall deem just and proper.

HAWKLAW, PA

By:    s/ *J. Camden Hodge*
        Logan Rollins, SC Bar # 78395
        J. Camden Hodge, SC Bar # 100638
        George Randall Taylor, SC Bar # 10151
        Post Office Box 5048
        Spartanburg, SC 29304
        864-574-8801 – Telephone
        864-574-8810 – Facsimile

Greenville, South Carolina
December 6, 2022