IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Steven Murray, | ) | |
| Plaintiff, | ) | C.A. No. 6:23cv200-HMH |
| | ) | |
| vs. | ) | |
| | ) | **OPINION AND ORDER** |
| Kenco Logistic Services, LLC, Kenco Material Handling Solutions, LLC, Kenco Fleet Services, LLC, Kenco Group and John Doe, | ) ) ) ) | |
| Defendants. | ) | |

Defendants Kenco Logistic Services, LLC, Kenco Material Handling Solutions, LLC, and Kenco Fleet Services, LLC are hereby ordered to inform the court of the citizenship of all of their members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied.  See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004).  Kenco Logistic Services, LLC, Kenco Material Handling Solutions, LLC, and Kenco Fleet Services, LLC are ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
January 17, 2023